UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYANT PRYOR,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 2:16-CV-01903-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration. (Dkt. 20.)

    After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion pursuant to sentence four of 42 U.S.C. § 405(g), and reverses and remands this case regarding plaintiff's claim for a period of disability and disability insurance benefits

under Title II of the Social Security Act to the Acting Commissioner of Social Security for further administrative proceedings and a new decision.

Following remand, the Appeals Council shall instruct the Administrative Law Judge to update and expand the record. If possible, the ALJ shall obtain the claimant's disability ratings from the U.S. Department of Veteran's Affairs—including statements of the underlying evidence and rationale it relied on in establishing the ratings. Additionally, the ALJ shall: consider or reconsider and properly address the evidence; reassess the claimant's residual functional capacity in light of the preceding assessments; and continue with the other steps in the sequential evaluation process, as necessary.

Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to the Court.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 14th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge