UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYANT EARL PRYOR,<br><br>                Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 2:16-cv-01903 JRC<br><br>ORDER ON STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT FEES, COSTS AND EXPENSES |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4). This matter is before the Court on plaintiff's Stipulation for EAJA Fees, Costs and Expenses (*see* Dkt. 23; *see also* Dkt. 24).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the stipulation of the parties (*see* Dkt. 23), Plaintiff's Petition for Award of Attorney's Fees, Costs & Expenses Pursuant to the Equal Access to Justice Act 28 U.S.C. §§ 2412, 1920 & Supporting Affidavit

with time, costs and expense itemizations (Dkt. 23, Attachment 1), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $5,094.70 and expenses in the amount of $3.43, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

It is further ORDERED that costs in the amount of $408.40 shall be awarded to plaintiff pursuant to 28 U.S.C. §1920.

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses and costs shall be made payable to Rosemary B. Schurman, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Dkt. 23, Attachment 1, p. 2). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to plaintiff's counsel, Rosemary B. Schurman, Esq., at 8123 NE 115 Way, Kirkland, WA 98034.

Dated this 8th day of September, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATION FOR EQUAL ACCESS TO
JUSTICE ACT FEES, COSTS AND EXPENSES - 2